UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VICTOR E. VALDERRAMA, JR.**, <br><br> Plaintiff, <br><br> -against- <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> Defendant. | **22-CV-8287 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court has received Defendant's Motion for Judgment on the Pleadings filed on March 3, 2023. (ECF Nos. 12, 13.) To date, the Court has not received a response to the motion from Plaintiff. If Plaintiff wishes to respond, he is directed to submit a response to the Court no later than **June 26, 2023**. If the Court does not receive any response, the motion will be deemed unopposed and decided on Defendant's submission alone.

**SO ORDERED.**

**Dated**:  May 26, 2023
           New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**