**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VICTOR E. VALDERRAMA, JR.,

                Plaintiff,

-against-                              22 **CIVIL** 8287 (ALC)

                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 21, 2024, the Commissioner's motion for judgment on the pleadings is GRANTED, and the ALJ's decision is AFFIRMED. Accordingly, the case is closed.

**Dated:** New York, New York

      August 21, 2024

                                                      **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                              **BY:** _____
                                                        **Deputy Clerk**